IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **MELANDY LEWIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-2257-STA-tmp |
| ) | |
| **UNITED PARCEL SERVICE,** ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND ORDER DISMISSING CASE**

Before the Court is the United States Magistrate Judge' Recommendation that this matter be dismissed (D.E. # 40), filed on April 1, 2011. Neither party has filed objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion to Dismiss is **GRANTED**.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: April 27, 2011